IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JIMMY ASHLEY,
an individual,

        Plaintiff,

vs.                          No. 3:09cv00159 SWW

J AND S BLAIR PROPERTIES, LLC,
a domestic limited liability company,

        Defendant.

## ORDER

The motion [doc.#3] of defendant J and S Blair Properties, LLC, to dismiss plaintiff's complaint for insufficient service of process is denied as moot, service having since been perfected.

IT IS SO ORDERED this 10th day of February 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE