IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| JIMMY ASHLEY,<br>an individual, | * * * | |
| Plaintiff, | * * | |
| vs. | * | No. 3:09cv00159 SWW |
| | * * * | |
| J AND S BLAIR PROPERTIES, LLC,<br>a domestic limited liability company, | * * * | |
| Defendant. | * | |

## ORDER

The unopposed motion [doc.#16] of defendant to extend the discovery deadline to and including July 15, 2010, and to extend the dispositive motions deadline to and including August 15, 2010, is hereby granted.

IT IS SO ORDERED this 8th day of June 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE